**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
**San Jose, California** 95113
_____
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

TO COUNSEL:

DATE:   November 30, 2007

RE:    **CV 07-06025 JW  : IN RE SONICBLUE INCORPORATED, ET AL.**

BANKRUPTCY CASE NUMBER: *03-51775 MM*

    The motion to Withdraw Reference of Chapter 11 Cases which you recently submitted to this office has been assigned the above referenced case number.

    Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

by:  Cindy Vargas
Case Systems Administrator