IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: SONICBLUE INCORPORATED

*E-FILED - 12/4/07*

CASE NO.: C-07-06025-RMW

**CLERK'S NOTICE OF SETTING MOTIONS HEARING DATE**

**HEARING DATE: JANUARY 11, 2008**

**TIME: 9:00 AM**

PLEASE TAKE NOTICE that, on the court's own motion, **MOTION TO WITHDRAW REFERENCE OF CHAPTER 11 CASES,** has been calendared to the date and time set forth above. The parties are to appear before the Honorable Ronald M. Whyte in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California, unless notified that the matter will be submitted without argument.

If any hearing date is moved by the court's own motion, papers must still be filed in accordance with the originally noticed date and the Local Rules of this court absent a court order setting a new briefing schedule.

The moving party shall give written notice to counsel for all parties of the scheduled hearing date after receipt of this notice. Following service, the moving party shall file a certificate of service with the Clerk of the Court.

DATED: December 4, 2007

BY: */s/ Jackie Garcia*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1   Copy of Order E-Filed to Counsel of Record: