UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 11, 2008

Case No. C-07-06025-RMW    JUDGE: Ronald M. Whyte

IN RE: SONICBLUE INC., et al.
Title

Appeared    Appeared
Attorneys Present    Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

MOTION TO WITHDRAW REFERENCE OF CHAPTER 11 CASES

ORDER AFTER HEARING

Hearing Held. The parties advised the Court that they are in settlement discussions and jointly request to defer oral argument on the motion until 1/18/08 @ 9:00 am. The Court continued motion hearing to 1/18/08.