UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: January 18, 2008

Case No. C-07-06025-RMW          JUDGE: Ronald M. Whyte
*(Related to C-07-02553-RMW)*

Title   N RE: SONICBLUE INC., et al.

Appeared                                   Appeared
Attorneys Present                          Attorneys Present

COURT CLERK: Jackie Garcia          COURT REPORTER: Lee-Anne Shortridge

PROCEEDINGS

MOTION TO WITHDRAW REFERENCE OF CHAPTER 11 CASES

**ORDER AFTER HEARING**

Hearing Held. The Court heard oral argument from both sides. The Court's tentative ruling is to grant the Chapter 11 trustee's motion to dismiss the appeal. The cross-motion for a limited stay is denied as moot. The request to withdraw reference is denied - given the appeal has been dismissed, the Court sees no basis for withdrawing the reference. The Court to issue a final ruling to the parties. The matter is submitted.